IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02031-KMT-MEH

TERI E. CRAIG,

    Plaintiff,

v.

ADAM C. BLANCHARD,

    Defendant.

**ORDER AND ORDER OF REFERENCE**

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On October 16, 2008, the above-captioned case was referred to Magistrate Judge Kathleen M. Tafoya to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* Doc. #16). All previously scheduled matters will now be handled by Magistrate Judge Tafoya in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. Magistrate Judge Tafoya's chambers telephone number is (303) 335-2780. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-02031-KMT-MEH**.

II. Order of Reference

The Order of Reference dated September 29, 2008 (Doc. #102) is hereby VACATED. This matter is now referred to United States Magistrate Judge Michael E. Hegarty *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III. Further proceedings

A. The Scheduling/Planning Conference set before Magistrate Hegarty was vacated (Doc. #18) and is **RESET** before Magistrate Tafoya on **December 16, 2008 at 10:15 a.m.**

B. No later than five (5) calendar days prior to the Scheduling Conference, counsel shall submit a revised proposed Scheduling Order. An additional copy of the revised proposed Scheduling Order shall be provided to Magistrate Judge Tafoya at Tafoya_Chambers@cod.uscourts.gov by email attachment with the subject line stating "Proposed Scheduling Order" and the case number in Word or WordPerfect format.

Dated this 19th day of November, 2008

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge