IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02031-KMT-MEH

TERI E. CRAIG,

    Plaintiff,

v.

ADAM C. BLANCHARD,

    Defendant.

---

### ORDER FOR DISMISSAL WITH PREJUDICE
---

**THIS MATTER**, having come on to be heard upon the parties' Stipulation for Dismissal With Prejudice, the Court having reviewed same and being fully advised in the premises;

**DOTH ORDER** that the Stipulation is granted and the case is dismissed, with prejudice, each party to pay their own costs and attorney fees.

Dated this 17th day of July, 2009

                        **BY THE COURT:**

                        *[signature]*

                        Kathleen M. Tafoya
                        United States Magistrate Judge